# United States Court of Appeals
# for the Federal Circuit

———————————

**CONFEDERACION DE ASOCIACIONES
AGRICOLAS DEL ESTADO DE SINALOA, A.C.,
CONSEJO AGRICOLA DE BAJA CALIFORNIA,
A.C., ASOCIACION MEXICANA DE
HORTICULTURA PROTEGIDA, A.C.,
ASOCIACION DE PRODUCTORES DE
HORTALIZAS DEL YAQUI Y MAYO, SISTEMA
PRODUCTO TOMATE,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, THE FLORIDA TOMATO
EXCHANGE,**
*Defendants-Appellees*

———————————

2020-2232, 2020-2299, 2020-2300

———————————

Appeals from the United States Court of International
Trade in Nos. 1:19-cv-00203-JCG, 1:19-cv-00206-JCG,
1:20-cv-00036-JCG, Judge Jennifer Choe-Groves.

———————————

**MANDATE**

———————————

In accordance with the judgment of this Court, entered
April 14, 2022, and pursuant to Rule 41 of the Federal
Rules of Appellate Procedure, the formal mandate is
hereby issued.


FOR THE COURT

June 6, 2022                    /s/ Peter R. Marksteiner
    Date                           Peter R. Marksteiner
                         Clerk of Court